Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5005FDB |
| Plaintiff, ) | |
| ) | ORDER |
| ) | GRANTING STIPULATED |
| v. ) | MOTION TO CONTINUE |
| ) | TRIAL DATE |
| TOMAS ZEA REYES, and ) | |
| ANTONIA CAZARES, ) | |
| ) | |
| Defendants. ) | |
| _____ ___) | |

Upon the stipulation and motion of the parties to continue the trial and pretrial motions due date in the above-captioned case, and based upon the stipulated and agreed facts set forth in the parties' motion, which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the Defendants in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued from March 20, 2006 to June 26, 2006. The period of delay resulting from this continuance from March 20, 2006, up to and including the new trial date of June 26, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S v. Reyes, et al./CR06-5005FDB - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

IT IS FURTHER ORDERED that the pretrial motions due date be extended to April 11, 2006.

DONE this 1st day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Ronald Heslop (per telephonic auth.)
RONALD HESLOP
Attorney for Defendant
Tomas Zea Reyes


s/ Matthew Renda (per telephonic auth.)
MATTHEW RENDA
Attorney for Defendant
Antonia Cazares


s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE
U.S v. Reyes, et al./CR06-5005FDB - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970