UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>TOMAS ZEA REYES, and<br>ANTONIA CAZARES,<br><br>             Defendants. | CASE NO.  CR06-5005FDB<br><br>ORDER<br>GRANTING MOTION<br>TO EXTEND TIME FOR<br>MOTIONS CUTOFF |

Upon consideration of the joint stipulation and motion of the parties to extend the motions cutoff date,

IT IS HEREBY ORDERED that the pretrial motions cutoff date shall be extended to May 2, 2006.

DONE THIS 12th day of April, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Matt Renda
MATT RENDA, WSBA # 31155
Attorney for defendant Antonia Cazares

s/ Ronald Heslop
RONALD HESLOP, WSBA #13733
Attorney for defendant Tomas Zea Reyes

s/ Michael Dion (authorized telephonically)
MICHAEL DION, WSBA #31239
Assistant United States Attorney

Law Office of
**MATT A. RENDA**
1401 South Union Ave.
Tacoma, WA 98405
Phone: (253) 756-9696