|   |   |
|---|---|
| 1 | Judge Franklin D. Burgess |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-5005FDB |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| v. | ) ) | MOTION TO CONTINUE TRIAL DATE |
| TOMAS ZEA REYES, and ANTONIA CAZARES, | ) ) ) | |
| Defendants. | ) ) | |

Upon the stipulation and motion of the Defendants to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the motion, which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. §3161(h)(8)(B)(ii). The Court further finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the Defendants in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to October 2, 2006. The period of delay resulting from this continuance from June 26, 2006 up to and including the new trial date of October 2, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(Reyes, et al., CR 06-5005FDB) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to July 17, 2006. The pretrial conference is set for September 21, 2006 at 2:00 pm.

DONE this 15th day of May, 2006.

_____
HON. FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

_/S/_____
RONALD HESLOP
Attorney for Defendant
Tomas Zea Reyes


_/S/_____
MATT RENDA
Attorney for Defendant
Antonia Cazares

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(Reyes, et al., CR 06-5005FDB) - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970