Judge Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5005FDB |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND TIME FOR MOTION CUTOFF DATE AND TO CONTINUE TRIAL DATE** |
| vs | |
| TOMAS REYES, and ANTONIA CAZARES, | |
| Defendants. | |

The Court has considered the unopposed Motions to Extend Time For Motion Cutoff Date and To Continue Trial Date by Defendants Tomas Reyes and Antonia Cazares. Based upon the facts set forth which are hereby adopted as findings of the Court and incorporated by reference, the Court finds that a failure to grant the extension and continuance would deny Defendants' attorneys the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(ii). The Court further finds that such extension and continuance would serve the ends of justice and outweigh the best interests of the public and the Defendants in a speedy trial; therefore

**IT IS HEREBY ORDERED** that the motion deadline date be extended to November 20, 2006 and that the trial date be continued to February 26, 2007.

//

The period of delay resulting from this continuance from October 2, 2006 up to and including the new trial date of February 26, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. Section 3161(h)(8)(A) and (b) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. Section 3161-3174.

**IT IS SO ORDERED this 11th day of September, 2006.**

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE


Proposed Order presented by

s/ Philip A. Demassa
   Philip A Demassa


s/ Joel C. Golden
   Joel C. Golden