Judge Franklin D. Burgess

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-5005FDB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR EXTENSION OF |
| v. | ) | TIME IN WHICH TO FILE |
| | ) | PRE-TRIAL MOTIONS |
| TOMAS REYES, | ) | |
| ANTONIA CAZARES, | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the unopposed Motions to Extend Time In Which to File Pre-Trial Motions filed by defendants Tomas Reyes and Antonia Cazares.  Based upon the facts set forth therein which are hereby adopted by reference, the Court finds that a failure to grant the extension and continuance would deny defendants' attorneys the reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii) and that such extension and continuance would serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial; therefore,

//

//

Page 1

1 **IT IS HEREBY ORDERED** that the motion deadline for filing
2 defendants' pretrial motions is extended to December 4, 2006.

4 **IT IS SO ORDERED THIS 21st day of November, 2006.**

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

Proposed Order presented by:

s/Philip A. DeMassa

Philip A. DeMassa

s/ Joel C. Golden

Joel C. Golden

Page 2