Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5005FDB |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF GOVERNMENT'S OPPOSITION TO DEFENDANT CAZARES' MOTION FOR SEVERANCE |
| v. | |
| ANTONIA CAZARES, et al, | |
| Defendants. | |

Upon the Government's unopposed motion requesting an extension of the Government's deadline for responding to Defendant Antonia Cazares' Motion to Sever Case From Co-Defendant Reyes,

IT IS HEREBY ORDERED that the Government's Motion is GRANTED and the Government's opposition will be due on January 5, 2007.

DATED this 13th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:
s/ Michael Dion
MICHAEL DION
Assistant United States Attorney

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION - 1
TO EXTEND TIME FOR FILING OPPOSITION
U.S. Cazares, et al., CR06-5005FDB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800